44 So.2d 912

### Duard HALL v. STATE.
### 8 Div. 866.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

44 So.2d 912

### Duard HALL v. STATE.
### 8 Div. 856.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

44 So.2d 912

### Duard HALL v. STATE.
### 8 Div. 855.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

46 So.2d 861

### Oscar HALL v. STATE.
### 6 Div. 938.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Receiving and concealing stolen property.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

47 So.2d 922

### Willie HALL v. STATE.
### 8 Div. 851.

Court of Appeals of Alabama.
May 23, 1950.

Appeal from Law and Equity Court, Lauderdale County; Raymond Murphy, Judge.

Shooting into dwelling house.

Bradshaw & Barnett, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

51 So.2d 913

### Amos HALPIN v. STATE.
### 7 Div. 75.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Cleburne County; Leslie C. Longshore, Judge.

PER CURIAM.

Appeal dismissed.